UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 21 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KAREN STAMP,<br>Plaintiff<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY OF AMERICA AND MOBIL OIL CORPORATION,<br>Defendants | ) | C.A. No. 04-0488/L<br><br>**STIPULATION** |

Plaintiff and defendant Metropolitan Life Insurance Company ("MetLife") agree that MetLife may have up to and including June 24, 2005 to respond to plaintiff's request for production of documents.

Fred L. Mason, Jr., Esq., #4274
MASON ASSOCIATES P.C.
Attorneys for Plaintiff
20 Cedar Swamp Road
Smithfield, Rhode Island 02917
(401) 232-2277
(401) 232-7744 FAX

Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant Metropolitan Life Insurance Company of America
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: June 20, 2005