UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KAREN STAMP<br>Plaintiff | : | |
| v. | : | Civil Action: 04-488L |
| METROPOLITAN LIFE INSURANCE<br>COMPANY OF AMERICA<br>ADMINISTRATOR-BENEFITS,<br>EXXONMOBIL BENEFIT PLAN,<br>EXXONMOBIL BENEFIT PLAN,<br>EXXONMOBIL CORPORATION,<br>LIFE INSURANCE PROTECTION PLAN<br>OF MOBIL OIL CORPORATION,<br>LIFE INSURANCE PLAN<br>OF MOBIL OIL CORPORATION, | : | |

**NOTICE OF DEPOSITION**

Please take notice that the Plaintiff, pursuant provisions to the provisions of F.R.C.P. Rule 45 and F.R.C.P. Rule 30(B)(6), will conduct the deposition of Exxon Mobil Corporation and or the Exxon Mobil Benefit Plan by one or more of its officers or employees to be designated by Exxon Mobil Corporation and or the Exxon Mobil Benefit Plan pursuant to R.I.C.P. Rule 30(B)(6), having the most knowledge concerning the matters designated in the attached "Exhibit A", on oral examination or by telephone conference before a duly authorized notary public or other office authorized to administer oaths, at Holland & Knight, LLP One Bank Boston Plaza Providence Rhode Island 02903 on **Wednesday, October 12, 2005 at 2:00 p.m**

You are hereby notified to attend and take part in the examination under oath as may be fit and proper.

KAREN STAMP

By her attorneys,

MASON ASSOCIATES, P.C.

Fred L. Mason, Jr. (#4274)
20 Cedar Swamp Road
Smithfield, RI 02917
(401) 232-2277
(401) 232-7744

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, first class mail, to: Brooks Magratten Esq. Vetter & White 20 Washington Place Providence Rhode Island 02903, Neal J. McNamara, Esq. Holland & Knight, LLP One Bank Boston Plaza Providence Rhode Island 02903 and Allied Court Reporters, 115 Phenix Avenue, Cranston, Rhode Island 02920 on this 27th day of September, 2005

Fred L. Oldson Jr.

**EXHIBIT A**

1. Knowledge or information concerning, relating to or comprising group policies issued to Mobil Oil Corporation by Metropolitan Life Insurance Company, including the Life Insurance Plan of Mobil Oil Corporation and the Life Protection Insurance Plan of Mobil Oil Corporation, delivered and governed by the laws of the Employees Retirement Income Security Act ("ERISA"), Group Policy No. 33313 23200 and 27960, providing Basic Life Insurance, Accidental Death & Dismemberment ("AD&D"), Basic Accidental Death & Dismemberment ("BAD&D"), and Occupational Accidental Death & Dismemberment ("VD&D") benefits to employees of Mobil Oil Corporation and their intended beneficiaries including, but not limited to, the plaintiff and or the plaintiff's decedent Stephen Stamp which forms the basis of the plaintiffs' complaint.

2. Knowledge or information concerning the funding or payment of policy premiums of group policies issued to Mobil Oil Corporation by Metropolitan Life Insurance Company, including the Life Insurance Plan of Mobil Oil Corporation and the Life Protection Insurance Plan of Mobil Oil Corporation, delivered and governed by the laws of the Employees Retirement Income Security Act ("ERISA"), Group Policy No. 33313 23200 and 27960, providing Basic Life Insurance, Accidental Death & Dismemberment ("AD&D"), Basic Accidental Death & Dismemberment ("BAD&D"), and Occupational Accidental Death & Dismemberment ("VD&D") benefits to employees of Mobil Oil Corporation and their intended beneficiaries including, but not limited to, the plaintiff and or the plaintiff's decedent Stephen Stamp which forms the basis of the plaintiffs' complaint.

3. Knowledge or information concerning, relating the amount of insurance benefits or coverages available to the plaintiff and or the plaintiff's decedent Stephen Stamp under group policies issued to Mobil Oil Corporation by Metropolitan Life Insurance Company, including the Life Insurance Plan of Mobil Oil Corporation and the Life Protection Insurance Plan of Mobil Oil Corporation, delivered and governed by the laws of the Employees Retirement Income Security Act ("ERISA"), Group Policy No. 33313 23200 and 27960, providing Basic Life Insurance, Accidental Death & Dismemberment ("AD&D"), Basic Accidental Death & Dismemberment ("BAD&D"), and Occupational Accidental Death & Dismemberment ("VD&D") benefits to employees of Mobil Oil Corporation and their intended beneficiaries including, but not limited to, the plaintiff and or the plaintiff's decedent Stephen Stamp, which forms the basis of the plaintiffs' complaint.

DOCUMENTS REQUESTED
SCHEDULE A

You are hereby requested to provide certified copies of the following documents:

1. All documents, reports, notices, or other correspondence relating to or comprising group policies issued to Mobil Oil Corporation by Metropolitan Life Insurance Company, including the Life Insurance Plan of Mobil Oil Corporation and the Life Protection Insurance Plan of Mobil Oil Corporation, delivered and governed by the laws of the Employees Retirement Income Security Act ("ERISA"), Group Policy No. 33313 23200 and 27960, providing Basic Life Insurance, Accidental Death & Dismemberment ("AD&D"), Basic Accidental Death & Dismemberment ("BAD&D"), and Occupational Accidental Death & Dismemberment ("VD&D") benefits to employees of Mobil Oil Corporation and their intended beneficiaries including, but not limited to, the plaintiff and or the plaintiff's decedent Stephen Stamp which forms the basis of the plaintiffs' complaint.

3. All documents, reports, notices, or other correspondence relating to or comprising applications for insurance signed, completed or filed by plaintiff's decedent Stephen Stamp under group policies issued to Mobil Oil Corporation by Metropolitan Life Insurance Company, including the Life Insurance Plan of Mobil Oil Corporation and the Life Protection Insurance Plan of Mobil Oil Corporation, delivered and governed by the laws of the Employees Retirement Income Security Act ("ERISA"), Group Policy No. 33313 23200 and 27960, providing Basic Life Insurance, Accidental Death & Dismemberment ("AD&D"), Basic Accidental Death & Dismemberment ("BAD&D"), and Occupational Accidental Death & Dismemberment ("VD&D") benefits to employees of Mobil Oil Corporation and their intended beneficiaries including, but not limited to, the plaintiff and or the plaintiff's decedent Stephen Stamp, which forms the basis of the plaintiffs' complaint.

4. All declaration sheets, policy documents, reports, notices, or other correspondence confirming or otherwise indicating the amount of insurance benefits or coverages available to the plaintiff and or the plaintiff's decedent Stephen Stamp under group policies issued to Mobil Oil Corporation by Metropolitan Life Insurance Company, including the Life Insurance Plan of Mobil Oil Corporation and the Life Protection Insurance Plan of Mobil Oil Corporation, delivered and governed by the laws of the Employees Retirement Income Security Act ("ERISA"), Group Policy No. 33313 23200 and 27960, providing Basic Life Insurance, Accidental Death & Dismemberment ("AD&D"), Basic Accidental Death & Dismemberment ("BAD&D"), and Occupational Accidental Death & Dismemberment ("VD&D") benefits to employees of Mobil Oil Corporation and their intended beneficiaries including, but not limited to, the plaintiff and or the plaintiff's decedent Stephen Stamp, which forms the basis of the plaintiffs' complaint.