UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KAREN STAMP, Plaintiff | ) | C.A. No. 04-0488/L |
| v. | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY OF AMERICA, et al., Defendants | ) | |

**DEFENDANTS' JOINT MOTION TO EXTEND**
**PRETRIAL ORDER DEADLINE FOR FILING DISPOSITIVE MOTIONS**

Defendants Metropolitan Life Insurance Company of America ("MetLife"), and Administrator-Benefits, Exxon Mobil Benefit Plan, Exxon Mobil Benefit Plan and Life Insurance Plan of Mobil Oil Corporation (collectively "ExxonMobil") hereby jointly move to extend the Court's pretrial order deadline for filing dispositive motions. In response to a request for clarification, the clerk indicated that the deadline for filing dispositive motions pursuant to the Court's pretrial order is January 10, 2006. MetLife and ExxonMobil move to extend the deadline for filing dispositive motions up to and including January 30, 2006. Defendants plan to file a joint motion for summary judgment and need additional time to finalize documents in support of their motion.

Neal J McNamara (CAS)
Neal J. McNamara, Esq. #4274
HOLLAND & KNIGHT LLP
Attorney for Plaintiff
One Financial Plaza
Suite 1800
Providence, RI 02903
(401) 751-8500
(401) 553-6850 [FAX]

Catherine A. Shaghalian
Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq. #6883
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 [FAX]

Dated: January 5, 2006

**CERTIFICATE OF SERVICE**

TO:

Fred L. Mason, Jr., Esq.
Mason Associates, P.C.
20 Cedar Swamp Road
Smithfield, RI 02917

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Motion by mailing first class mail, postage prepaid, on the 5th day of January, 2006.

Cynthia Dragon