FILED
JAN 12 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KAREN STAMP :
Plaintiff :
:
v. : Civil Action: 04-488L
:
METROPOLITAN LIFE INSURANCE :
COMPANY OF AMERICA AND MOBIL :
OIL CORPORATION :

**PLAINTIFF'S MOTION TO ENLARGE TIME FOR FILING OF DISPOSITIVe MOTIONS**

Now comes the Plaintiff KAREN STAMP and joins the Defendants' motion and requests that this Honorable Court enlarge the time for which the parties have to file dispositive motions up to, and including, January 30, 2006.

In support thereof, this action was initiated by the Plaintiff under the Employees Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, et seq., requesting Accidental Death and Voluntary Accidental Death insurance benefits to which the plaintiff is entitled under the employee benefit plan and disability insurance policies issued to Mobil Oil Corporation by the defendant Metropolitan Life Insurance Company.

In that regard, the parties have tentatively agreed that this litigation may be summarily decided by the filing of respective motions for summary judgment. However, although the Plaintiff has requested that the Defendants provide a complete certified copy of the underlying claim file(s) which forms the basis of this litigation, the Defendants have yet to provide a copy of this documentation for purposes of filing respective motions for summary judgment.

Accordingly, the Plaintiff KAREN STAMP and joins the Defendants' motion and requests that this Honorable Court enlarge the time for which the parties have to file dispositive motions up to, and including, January 30, 2006.

KAREN STAMP

By her Attorneys,

MASON ASSOCIATES, P.C.

Granted:
Ronald R. Lagueux
Sr. USDJ 1/13/06

Fred L. Mason Jr. (#4274)
20 Cedar Swamp Road
Smithfield, RI 02917
(401) 232-2277
(401) 232-7744 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, first class mail, and sent via facsimile to: Neal J. McNamara, Esq. Holland & Knight, LLP One Bank Boston Plaza Providence Rhode Island 02903 and Brooks Magratten Esq. Vetter & White 20 Washington Place Providence Rhode Island 02903 on this 9th[th] day of January, 2006.