UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KAREN STAMP<br>Plaintiff<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY OF AMERICA AND MOBIL OIL CORPORATION | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action: 04-488L |

**PLAINTIFF'S MOTION TO ENLARGE TIME FOR FILING OF DISPOSITIVE MOTIONS**

Now comes the Plaintiff KAREN STAMP and joins the Defendants' previous motion and requests that this Honorable Court enlarge the time for which the parties have to file dispositive motions up to, and including, February 15, 2006.

In support thereof, this action was initiated by the Plaintiff under the Employees Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, et seq., requesting Accidental Death and Voluntary Accidental Death insurance benefits to which the plaintiff is entitled under the employee benefit plan and disability insurance policies issued to Mobil Oil Corporation by the defendant Metropolitan Life Insurance Company.

In that regard, although the Plaintiff has propounded a request for admissions upon the Defendants as to the nature and extent of the employee benefit plan and disability insurance policies issued to Mobil Oil Corporation by the defendant Metropolitan Life Insurance Company, a copy of which is attached hereto, the Defendants have yet to respond to the request for admissions.

Accordingly, the Plaintiff KAREN STAMP and joins the Defendants' previous motion and requests that this Honorable Court enlarge the time for which the parties have to file dispositive motions up to, and including, February 15, 2006.

KAREN STAMP

By her Attorneys,

MASON ASSOCIATES, P.C.

Fred L Mason Jr

Fred L. Mason Jr. (#4274)
20 Cedar Swamp Road
Smithfield, RI 02917
(401) 232-2277
(401) 232-7744 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, first class mail, and sent via facsimile to: Neal J. McNamara, Esq. Holland & Knight, LLP One Bank Boston Plaza Providence Rhode Island 02903 and Brooks Magratten Esq. Vetter & White 20 Washington Place Providence Rhode Island 02903 on this 25th[th] day of January, 2006.

Fred L Mason Jr.