UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KAREN STAMP :
Plaintiff :
:
v. : Civil Action: 04-488L
:
METROPOLITAN LIFE INSURANCE :
COMPANY OF AMERICA AND MOBIL :
OIL CORPORATION :

**PLAINTIFF'S MOTION TO ENLARGE TIME FOR FILING OF DISPOSITIVE MOTIONS**

Now comes the Plaintiff KAREN STAMP and joins the Defendants' previous motion and requests that this Honorable Court enlarge the time for which the Plaintiff has to file dispositive motions and or opposition to Defendants' motion for summary judgment up to. and including, March 3, 2006.

In support thereof, this action was initiated by the Plaintiff under the Employees Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, et seq., requesting Accidental Death and Voluntary Accidental Death insurance benefits to which the plaintiff is entitled under the employee benefit plan and disability insurance policies issued to Mobil Oil Corporation by the defendant Metropolitan Life Insurance Company.

Although the Plaintiff has propounded a request for admissions upon the Defendants as to the nature and extent of the employee benefit plan and disability insurance policies at issue, the Defendants have objected and have otherwise objected to the request for admissions. Additionally, based upon the foregoing, the Plaintiff timely filed a motion to enlarge time up to, and including, February 15, 2006. a motion upon which has yet been addressed by the Court.

Accordingly, the Plaintiff KAREN STAMP requests that this Honorable Court enlarge the time for which the parties have to file dispositive motions up to, and including, March 3, 2006.

KAREN STAMP

By her Attorneys,

MASON ASSOCIATES, P.C.

Fred L. Mason Jr.

Fred L. Mason Jr. (#4274)
20 Cedar Swamp Road
Smithfield, RI 02917
(401) 232-2277
(401) 232-7744 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, first class mail, and sent via facsimile to: Neal J. McNamara, Esq. Holland & Knight, LLP One Bank Boston Plaza Providence Rhode Island 02903 and Brooks Magratten Esq. Vetter & White 20 Washington Place Providence Rhode Island 02903 on this 7th[th] day of February, 2006.

Fred L. Mason Jr.