# Summary Annual Reports

## and Required Notices

# 2004

ExxonMobil

### Additional Information

The value of plan assets, after subtracting liabilities of the plan, was $16,964,000,000 as of December 31, 2004, compared to $14,819,000,000 as of January 1, 2004. During the plan year, the plan experienced an increase in its net assets of $2,145,000,000. This increase includes unrealized appreciation and depreciation in the value of plan assets; that is, the difference between the value of the plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of assets acquired during the year. The plan had total income of $3,430,000,000 including employer contributions of $202,000,000, employee contributions of $321,000,000, realized gains of $65,000,000 from the sale of assets, and earnings from investments of $2,840,000,000.

**Note for participants of a SeaRiver Maritime annuity program and former Fuels Marketing Savings Plan participants:** If you were married and less than 35 years of age when you executed a Special Beneficiary Designation for the ExxonMobil Savings Plan and you did not name your then spouse as your primary beneficiary, then this special designation will become invalid when you attain age 35 for (a) any vested Retirement Account monies transferred from the Fuels Marketing Savings Plan plus earnings thereon and (b) 50% of any portion of the ExxonMobil Savings Plan account offsettable against your benefit from a SeaRiver Maritime annuity program. Another beneficiary designation (with spousal consent) is required once you reach age 35.

### Disability Plan

# Summary Annual Reports

## and Required Notices

# 2004

ExxonMobil

### Additional Information

The value of plan assets, after subtracting liabilities of the plan, was $16,964,000,000 as of December 31, 2004, compared to $14,819,000,000 as of January 1, 2004. During the plan year, the plan experienced an increase in its net assets of $2,145,000,000. This increase includes unrealized appreciation and depreciation in the value of plan assets; that is, the difference between the value of the plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of assets acquired during the year. The plan had total income of $3,430,000,000 including employer contributions of $202,000,000, employee contributions of $321,000,000, realized gains of $65,000,000 from the sale of assets, and earnings from investments of $2,840,000,000.

**Note for participants of a SeaRiver Maritime annuity program and former Fuels Marketing Savings Plan participants:** If you were married and less than 35 years of age when you executed a Special Beneficiary Designation for the ExxonMobil Savings Plan and you did not name your then spouse as your primary beneficiary, then this special designation will become invalid when you attain age 35 for (a) any vested Retirement Account monies transferred from the Fuels Marketing Savings Plan plus earnings thereon and (b) 50% of any portion of the ExxonMobil Savings Plan account offsettable against your benefit from a SeaRiver Maritime annuity program. Another beneficiary designation (with spousal consent) is required once you reach age 35.

### Disability Plan

EXHIBIT
A

# Summary Annual Reports

## and Required Notices

# 2004

ExxonMobil

### Additional Information

The value of plan assets, after subtracting liabilities of the plan, was $16,964,000,000 as of December 31, 2004, compared to $14,819,000,000 as of January 1, 2004. During the plan year, the plan experienced an increase in its net assets of $2,145,000,000. This increase includes unrealized appreciation and depreciation in the value of plan assets; that is, the difference between the value of the plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of assets acquired during the year. The plan had total income of $3,430,000,000 including employer contributions of $202,000,000, employee contributions of $321,000,000, realized gains of $65,000,000 from the sale of assets, and earnings from investments of $2,840,000,000.

**Note for participants of a SeaRiver Maritime annuity program and former Fuels Marketing Savings Plan participants:** If you were married and less than 35 years of age when you executed a Special Beneficiary Designation for the ExxonMobil Savings Plan and you did not name your then spouse as your primary beneficiary, then this special designation will become invalid when you attain age 35 for (a) any vested Retirement Account monies transferred from the Fuels Marketing Savings Plan plus earnings thereon and (b) 50% of any portion of the ExxonMobil Savings Plan account offsettable against your benefit from a SeaRiver Maritime annuity program. Another beneficiary designation (with spousal consent) is required once you reach age 35.

### Disability Plan

ExxonMobil Benefits Service Center
P.O. Box 1014
Totowa, NJ 07512-1014

FIRST CLASS
U.S. Postage
PAID
Rutherford, NJ
Permit No.
15

D00587
KAREN STAMP
6 SPRAGUE HILL ROAD
CHEPACHET RI 02814

D

R05A

## Introduction

The Employee Retirement Income Security Act of 1974 (ERISA) requires that administrators of certain welfare and pension benefit plans file an Annual Report Form 5500 with the Department of Labor. For each of the plans listed below. ERISA also requires that a summary of the Annual Report be sent to participants in and beneficiaries of the plan. The purpose of a Summary Annual Report is to inform you of the financial aspects of a plan. (No action is required on your part.) The content, style, and format of the Summary Annual Reports have been prescribed by the Department of Labor.

The Summary Annual Reports for the year 2004 include the following plans:

- Pension Plan
- Savings Plan
- Disability Plan
- Contributory Group Life Insurance Plan
- Family Adjustment and Family Income Plan
- Life Insurance Plan
- Life Insurance Plans of Mobil Oil Corp.
- Life Insurance Protection Plans of Mobil Oil Corp.
- Superior Oil Company Group Life Insurance Plan
- Dental Plan
- Medical Plan
- Medicare Supplement Plan

**The Summary Annual Reports for all the listed plans and other required notices are included even though you may not be covered by all of them.**

## Disability Plan

This is a summary of the annual report of the EXXONMOBIL DISABILITY PLAN, EIN 13-5409005, Plan No. 559, a disability plan, for January 1, 2004 through December 31, 2004. The annual report has been filed with the Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Insurance Information

The plan has a contract with Metropolitan Life Insurance Company to pay long-term disability claims incurred under the terms of the plan. There were no premiums paid for the plan year ending December 31, 2004. Because it is a so called "experience-rated" contract, the premium costs are affected by, among other things, the number and size of claims. Of the total insurance premiums paid for the plan year ending December 31, 2004, the premiums paid under such "experience-rated" contract were $0 and the total of all benefit claims paid under the "experience-rated" contract during the plan year was ($49,899).

### Basic Financial Statement

The value of plan assets, after subtracting liabilities of the plan, was $64,919,757 as of December 31, 2004, compared to $67,129,100 as of January 1, 2004. During the plan year, the plan experienced a decrease in its net assets of ($2,209,343). This decrease includes unrealized appreciation and depreciation in the value of plan assets; that is, the difference between the value of the plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of assets acquired during the year. During the plan year, the plan had total income of $71,350,738 including employer contributions of $67,414,011, employee contributions of $1,047,527, realized gains of $580,899 from the sale of assets, and earnings from investments of $2,294,298.

Plan expenses were $73,560,081. These expenses included $906,763 in administrative expenses and $72,653,318 in benefits paid to participants and beneficiaries.

## Contributory Group Life Insurance Plan

This is a summary of the annual report of the CONTRIBUTORY GROUP LIFE INSURANCE PLAN, EIN 13-5409005. Plan No. 561, a group life insurance plan, for January 1, 2004 through December 31, 2004. The annual report has been filed with the Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Insurance Information

The plan has a contract with Metropolitan Life Insurance Company to pay life insurance claims incurred under the terms of the plan. This contract also pays claims for voluntary accidental death and dismemberment benefits under the Life Insurance Plan described herein. The total premiums paid for the plan year ending December 31, 2004 were $1,215,732. Because it is a so called "experience-rated" contract, the premium costs are affected by, among other things, the number and size of claims. Of the total insurance premiums paid for the plan year ending December 31, 2004, the premiums paid under such "experience-rated" contract were $1,215,732 and the total of all benefit claims paid under the "experience-rated" contract during the plan year was $1,545,140.

## Family Adjustment and Family Income Plan

This is a summary of the annual report of the FAMILY ADJUSTMENT AND FAMILY INCOME PLAN, EIN 13-5409005, Plan No. 560, a group life insurance plan, for January 1, 2004 through December 31, 2004. The annual report has been filed with the Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA). ExxonMobil Corporation is committed to paying death benefit claims incurred under the terms of the plan.

### Insurance Information

The plan has a contract with Connecticut General Life Insurance Company to pay life insurance and SIBI claims incurred under the terms of the plan. This contract also pays claims for the Life Insurance Plan described herein. The total premiums paid for the plan year ending December 31, 2004 were $66,647,442. Because it is a so called "experience-rated" contract, the premium costs are affected by, among other things, the number and size of claims. Of the total insurance premiums paid for the plan year ending December 31, 2004, the premiums paid under such "experience-rated" contract were $66,647,442 and the total of all benefit claims paid under the "experience-rated" contract during the plan year was $63,514,211.

---

## Life Insurance Plan

This is a summary of the annual report of the EXXONMOBIL LIFE INSURANCE PLAN, EIN 13-5409005, Plan No. 624, a group life insurance plan, for January 1, 2004 through December 31, 2004. The annual report has been filed with the Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA). ExxonMobil Corporation is committed to paying death benefit claims incurred under the terms of the plan.

### Insurance Information

The plan has contracts with Metropolitan Life Insurance Company, Connecticut General Life Insurance Company and Metropolitan Life to pay life insurance, SIBI, and accidental death and dismemberment claims incurred under the terms of the plan. The total premiums paid for the plan year ending December 31, 2004, were $83,616,155. Because they are so called "experience-rated" contracts, the premium costs are affected by, among other things, the number and size of claims. Of the total insurance premiums paid for the plan year ending December 31, 2004, the premiums paid under such "experience-rated" contracts were $83,616,155 and the total of all benefit claims paid under these "experience-rated" contracts during the plan year was $75,331,303.

---

## Life Insurance Plans Of Mobil Oil Corporation

This is a summary of the annual report of the LIFE INSURANCE PLANS OF MOBIL OIL CORPORATION, EIN 13-5409005, Plan No. 632, for the period January 1, 2004 through December 31, 2004. The annual report has been filed with the Employee Benefits Security Administration, U.S. Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Insurance Information

The plan has contracts with Metropolitan Life Insurance Company to pay life insurance, accidental death and dismemberment claims incurred under the terms of the plan. The total premiums paid for the plan year ending December 31, 2004, were $27,685,003.

Because they are so called "experience-rated" contracts, the premium costs are affected by, among other things, the number and size of claims. Of the total insurance premiums paid for the plan year ending December 31, 2004, the premiums paid under such "experience-rated" contracts were $27,685,003 and the total of all benefit claims paid under these "experience-rated" contracts during the plan year was $23,027,077.

## Life Insurance Protection Plans Of Mobil Oil Corporation

This is a summary of the annual report of the LIFE INSURANCE PROTECTION PLANS OF MOBIL OIL CORPORATION, EIN 13-5409005, Plan No. 633, for the period January 1, 2004 through December 31, 2004. The annual report has been filed with the Employee Benefits Security Administration, U.S. Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Insurance Information

The plan has contracts with Metropolitan Life Insurance Company to pay life insurance, accidental death and dismemberment claims incurred under the terms of the plan. The total premiums paid for the plan year ending December 31, 2004, were $1,324,273.

Because they are so called "experience-rated" contracts, the premium costs are affected by, among other things, the number and size of claims. Of the total insurance premiums paid for the plan year ending December 31, 2004, the premiums paid under such "experience-rated" contracts were $1,324,273 and the total of all benefit claims paid under these "experience-rated" contracts during the plan year was $782,593.

## The Superior Oil Company Group Life Insurance Plan

This is a summary of the annual report of THE SUPERIOR OIL COMPANY GROUP LIFE INSURANCE PLAN, EIN 95-1278820, Plan No. 502, for the period January 1, 2004 through December 31, 2004. The annual report has been filed with the Employee Benefits Security Administration, U.S. Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Insurance Information

The plan has a contract with Metropolitan Life Insurance Company to pay life insurance claims incurred under the terms of the plan. The total premiums paid for the plan year ending December 31, 2004, were $303,840.

Because it is a so called "experience-rated" contract, the premium costs are affected by, among other things, the number and size of claims. Of the total insurance premiums paid for the plan year ending December 31, 2004, the premiums paid under such "experience-rated" contract were $303,840, and the total of all benefit claims paid under the "experience-rated" contract during the plan year was $160,893.

including employer contributions of $75,054,597, employee contributions of $17,560,188, and earnings from investments of $56,584.

Plan expenses were $86,973,756. These expenses included $7,987,055 in administrative expenses and $78,986,701 in benefits paid to participants and beneficiaries. ExxonMobil Corporation is committed to paying claims incurred under the terms of the plan.

### Additional Information

As of March 31, 2004, the Comprehensive Medical Expense Benefit Plan of Mobil Oil Corporation and Superior Oil Medical Plan were merged into the ExxonMobil Medicare Supplement Plan with the ExxonMobil Medicare Supplement Plan being the surviving plan. As a result of the plans merger, a transfer of ($8,301,945) was made into the ExxonMobil Medicare Supplement Plan.

## Your Rights Under the Employee Retirement Income Security Act of 1974

*You have the right to receive a copy of any of these full annual reports, or any part thereof, on request. The items listed below may be included in these reports:*

1. *an accountant's report;*
2. *assets held for investment;*
3. *transactions in excess of 5% of the plan assets;*
4. *actuarial information regarding the funding of the plan;*
5. *insurance information, including sales commissions paid by insurance carriers;*
6. *financial information and information on payments to service providers; and*
7. *information regarding any common or collective trusts, pooled separate accounts, master trusts or 103-12 investment entities in which a plan participates.*

*To obtain a copy of any full annual report, or any part thereof, write the office of Administrator-Benefits, Global HR Services, P.O. Box 2283, Houston, Texas 77252-2283. No charge will be made for a copy of a report or any part thereof.*

*You also have the right to receive from the plan administrator, on request and at no charge, a statement of the assets and liabilities of the plan and accompanying notes, or a statement of income and expenses of the plan and accompanying notes, or both. If you request a copy of the full annual report from the plan administrator, these two statements and accompanying notes will be included as a part of that report.*

*You also have the legally protected right to examine the annual report at the main office of the plan, 4550 Dacoma, Houston, Texas 77092-8614 and at the U.S. Department of Labor in Washington, D.C., or to obtain a copy from the U.S. Department of Labor upon payment of copying costs. Requests to the Department should be addressed to: Public Disclosure Room, N-1513, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210.*

## Pension Plan

This is a summary of the annual report for the EXXONMOBIL PENSION PLAN, EIN 13-5409005, Plan No. 001, a defined benefit plan, for January 1, 2004 through December 31, 2004. The annual report has been filed with the Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Basic Financial Statement

Benefits under the plan are provided through a trust fund. Plan expenses were $644,252,273. These expenses included $5,881,855 in administrative expenses and $638,370,418 in benefits paid to participants and beneficiaries. A total of 85,569 persons were participants in or beneficiaries of the plan at the end of the plan year, although not all of these persons had yet earned the right to receive benefits. The value of plan assets, after subtracting liabilities of the plan, was $7,242,901,526 as of December 31, 2004, compared to $6,799,115,590 as of January 1, 2004. During the plan year, the plan experienced an increase in its net assets of $443,785,936. This increase includes unrealized appreciation and depreciation in the value of plan assets; that is, the difference between the value of the plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of assets acquired during the year. The plan had total income of $947,345,596 including earnings from investments of $947,345,596.

### Minimum Funding Standards

An actuary's statement shows that enough money was contributed to the plan to keep it funded in accordance with the minimum funding standards of ERISA.

### Additional Information

The plan was funded in compliance with DOL/IRS guidelines and no contributions were required. Employees with at least 15 years of benefit service and retirees who have not commenced their pension benefit are eligible for a survivor death benefit payable in the event of the participant's death. Because the survivor death benefit is intended to comply with the legal requirements regarding the protection of surviving spouses, if a married participant chooses to name someone other than the spouse as primary beneficiary, the spouse must consent in writing. If the participant dies after naming a non-spouse beneficiary, the spouse will not receive any survivor benefits under the plan.

**Note for participants who have a Special Beneficiary Designation on file:** If you were married and less than 35 years of age when you executed a Special Beneficiary Designation and you did not name your then spouse as your primary beneficiary, then this special designation will become invalid when you attain age 35 for any vested Retirement Account monies plus earnings thereon. Another beneficiary designation (with spousal consent) is required once you reach age 35.

---

## Savings Plan

This is a summary of the annual report for the EXXONMOBIL SAVINGS PLAN, EIN 13-5409005, Plan No. 334, a defined contribution plan, for January 1, 2004 through December 31, 2004. The annual report has been filed with the Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Basic Financial Statement

Benefits under the plan are provided through insurance and through a trust fund. Plan expenses were $1,285,000,000. These expenses included $1,000,000 in administrative expenses and $1,284,000,000 in benefits paid to participants and beneficiaries. A total of 45,692 persons were participants in or beneficiaries of the plan at the end of the plan year.

$1,284,000,000 in benefits paid to participants and beneficiaries. A total of 45,692 persons were participants in or beneficiaries of the plan at the end of the plan year.

## Dental Plan

This is a summary of the annual report of the EXXONMOBIL DENTAL PLAN, EIN 13-5409005, Plan No. 555, a dental plan, for January 1, 2004 through December 31, 2004. The annual report has been filed with the Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

ExxonMobil Corporation is committed to paying claims incurred under the terms of the plan.

## Medical Plan

This is a summary of the annual report of the EXXONMOBIL MEDICAL PLAN, EIN 13-5409005, Plan No. 538, a medical plan, for January 1, 2004 through December 31, 2004. The annual report has been filed with the Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA). ExxonMobil Corporation is committed to paying uninsured medical claims incurred under the terms of the plan.

### Insurance Information

The plan has contracts with 15 Health Maintenance Organizations to provide insured benefits under the terms of the plan. The total premiums paid for the plan year ending December 31, 2004, were $33,024,962.

### Women's Health and Cancer Rights Act of 1998 Notice

The plan provides benefits for mastectomy-related services including reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy (including lymphedema).

Call ExxonMobil Benefits Service Center at 800-682-2847 or 800-TDD-TDD4 (833-8334) for the hearing impaired, Monday through Friday, 8:00 a.m. to 6:00 p.m. (U.S. Eastern Time), except certain holidays.

## Medicare Supplement Plan

This is a summary of the annual report of the EXXONMOBIL MEDICARE SUPPLEMENT PLAN, EIN 13-5409005, Plan No. 504, a medical plan, for January 1, 2004 through December 31, 2004. The annual report has been filed with the Department of Labor, as required under the Employee Retirement Income Security Act of 1974 (ERISA).

### Basic Financial Statement

The value of plan assets, after subtracting liabilities of the plan, was ($5,894) as of December 31, 2004, compared to ($1,214,136) as of January 1, 2004. During the plan year, the plan experienced an increase in its net assets of $1,208,242. This increase includes unrealized appreciation and depreciation in the value of plan assets; that is, the difference between the value of the plan's assets at the end of the year and the value of the assets at the beginning of the year or the cost of assets acquired during the year. During the plan year, the plan had total income of $96,483,943