FILED
FEB 09 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KAREN STAMP
Plaintiff

v.

METROPOLITAN LIFE INSURANCE COMPANY OF AMERICA AND MOBIL OIL CORPORATION

Civil Action: 04-488L

## PLAINTIFF'S MOTION TO ENLARGE TIME FOR FILING OF DISPOSITIVE MOTIONS

Now comes the Plaintiff KAREN STAMP and joins the Defendants' previous motion and requests that this Honorable Court enlarge the time for which the Plaintiff has to file dispositive motions and or opposition to Defendants' motion for summary judgment up to. and including, March 3, 2006.

In support thereof, this action was initiated by the Plaintiff under the Employees Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, et seq., requesting Accidental Death and Voluntary Accidental Death insurance benefits to which the plaintiff is entitled under the employee benefit plan and disability insurance policies issued to Mobil Oil Corporation by the defendant Metropolitan Life Insurance Company.

Although the Plaintiff has propounded a request for admissions upon the Defendants as to the nature and extent of the employee benefit plan and disability insurance policies at issue, the Defendants have objected and have otherwise objected to the request for admissions. Additionally, based upon the foregoing, the Plaintiff timely filed a motion to enlarge time up to, and including, February 15, 2006, a motion upon which has yet been addressed by the Court.

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

B Geef
Deputy Clerk
Date: 2/24/06