UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KAREN STAMP<br>Plaintiff | : | |
| v. | : | Civil Action: 04-488L |
| METROPOLITAN LIFE INSURANCE<br>COMPANY OF AMERICA<br>ADMINISTRATOR-BENEFITS,<br>EXXONMOBIL BENEFIT PLAN, ET AL | : | |

**PLAINTIFF KAREN STAMP 'S OBJECTION TO DEFENDANT'S JOINT MOTION FOR SUMMARY JUDGMENT AND CROSS MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff Karen Stamp and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby objects to the Defendant's motion for summary judgment and hereby cross moves this Honorable Court for summary judgment in the above-entitled matter.

As grounds for this motion, counsel for the Plaintiff states that the facts are undisputed and that Plaintiff is entitled to summary judgment. Additionally, the Plaintiff relies upon the enclosed memorandum of law in support of its motion for summary judgment with supporting exhibits.

**KAREN STAMP**

By her Attorneys,

Fred L. Mason Jr.

Fred L. Mason Jr. (#4274)
Mason Associates, P.C.
20 Cedar Swamp Road
Smithfield, Rhode Island 02917
(401) 232-2277
(401) 232-7744 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, first class mail, and sent via facsimile to: Neal J. McNamara, Esq. Holland & Knight, LLP One Bank Boston Plaza Providence Rhode Island 02903 and Brooks Magratten Esq. Vetter & White 20 Washington Place Providence Rhode Island 02903 on this 28th[th] day of February, 2006.