UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
MAR 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

KAREN STAMP, Plaintiff

v.

METROPOLITAN LIFE INSURANCE COMPANY OF AMERICA, et al., Defendants

C.A. No. 04-0488/L

**DEFENDANTS' UNOPPOSED JOINT MOTION TO EXTEND TIME FOR FILING A REPONSE TO PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

Defendants Metropolitan Life Insurance Company of America, Administrator-Benefits, Exxon Mobil Benefit Plan, Exxon Mobil Benefit Plan and Life Insurance Plan of Mobil Oil Corporation (collectively "ExxonMobil") hereby jointly move to extend time in which to file a response to plaintiff's cross motion for summary judgment and plaintiff's objection to defendants' joint motion for summary judgment up to and including March 20, 2006.

Plaintiff's counsel has indicated that he does not object to this motion.

Neal J. McNamara (CAS)
Neal J. McNamara, Esq., #4249
NIXON PEABODY LLP
Attorney for Defendant Exxon Mobil
One Citizens Plaza
Providence, Rhode Island 02903
(401) 454-1000
(401) 454-1030
nmcnamara@nixonpeabody.com

Brooks R. Magratten, Esq., #3585
Catherine A. Shaghalian, Esq., #6883
VETTER & WHITE
Attorneys for Defendant Metropolitan Life Insurance Company of America
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: March 13, 2006

Granted:
Ronald R. Lagueux
Sr USDJ 3/21/06