UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KAREN STAMP<br>Plaintiff | : | |
| v. | : | Civil Action: 04-488L |
| METROPOLITAN LIFE INSURANCE COMPANY OF AMERICA AND MOBIL OIL CORPORATION | : | |

**PLAINTIFF'S MOTION TO ENLARGE TIME AND OR REQUEST FOR CONTINUANCE OF HEARING ON MOTION(S) FOR SUMMARY JUDGMENT**

Now comes the Plaintiff KAREN STAMP and requests that this Honorable Court enlarge the time and/or continue the hearing scheduled for the parties' respective motion for summary judgment which is presently scheduled for hearing on Thursday, March 30, 2006.

As grounds in support thereof, the Plaintiff's motion to strike objections and or to determine sufficiency of answers to request for admissions propounded upon both Defendants was recently granted by Order of Magistrate Judge Almond on March 22, 2006. The Order requires the Defendants to respond to the Plaintiff's discovery responses on or before April 6, 2006, beyond the date for hearing presently scheduled on Thursday, March 30, 2006. Accordingly, the Plaintiff respectfully suggests that the Defendant's discovery responses are relevant to the issues present in the respective motions for summary judgment and should be available to the Court at the time of the hearing on the motions for summary judgment.

Granted to Apr. 25, 2006 at 11 AM;
Ronald R. Lagueux
Sr. USDJ 3/28/06