UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KAREN STAMP, Plaintiff | ) | C.A. No. 04-0488/L |
| v. | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY OF AMERICA, et al., Defendants | ) | |

**SUPPLEMENTAL AFFIDAVIT OF THOMAS F. PRESITE**

STATE OF NEW YORK )
) ss:
COUNTY OF ONEIDA )

Thomas F. Presite, being duly sworn, states:

1. I am employed as a Senior Claim Examiner at Metropolitan Life Insurance Company ("MetLife"). I am familiar with a claim by Karen Stamp for accidental death and dismemberment ("AD&D") benefits under an employee welfare benefit plan (the "Plan") sponsored by Exxon Mobil Corporation ("Mobil"). I am also familiar with documents pertaining to Ms. Stamp's claim and the Plan.

2. I submitted an affidavit in support of Defendants' Joint Motion for Summary Judgment, filed on or about January 30, 2006.

3. Paragraph 4 of that affidavit describes Voluntary AD&D coverage, which is insured by a group policy number 27960-G issued by MetLife. My affidavit indicates that a true copy of group policy number 27960-G is appended as Exhibit B. The

document appended, however, is a copy of the certificate of insurance, which is an exhibit to group policy number 27960-G.

Thomas F. Presite

Subscribed and sworn to before me this
20th day of April, 2006.

NOTARY PUBLIC
My Commission Expires 3 14 2010

ELIZABETH M. MAZZA
Notary Public, State of New York
Appointed in Oneida County
Commission Expires March 14, 2010

CERTIFICATE OF SERVICE

TO:

Fred L. Mason, Jr., Esq.
Mason Associates, P.C.
20 Cedar Swamp Road
Smithfield, RI 02917

Neal McNamara, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

I hereby certify I caused to be served on the above-named counsel of record a copy of the within Supplemental Affidavit of Thomas Presite by mailing first class mail, postage prepaid, on the 25th day of April, 2006.

Melaine Sosetta