UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KAREN STAMP<br>Plaintiff | : | |
| v. | : | Civil Action: 04-488L |
| METROPOLITAN LIFE INSURANCE COMPANY OF AMERICA AND MOBIL OIL CORPORATION | : | |

**PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE RULE 12.1 STATEMENT OF UNDISPUTED FACTS**

Now comes the Plaintiff KAREN STAMP and requests that this Honorable Court enlarge the time to file the attached Rule 12.1 Statement of Facts.

As grounds in support thereof, the Plaintiff inadvertently did not file a separate Rule 12.1 Statement of Facts with her Motion for Summary Judgment, instead including the Rule 12.1 Statement of Facts within the text of the Memorandum of Law in Support of Motion for Summary Judgment. The proposed attached Rule 12.1 Statement of Facts is the same is that included within the text of the Memorandum of Law in Support of Motion for Summary Judgment, and the Plaintiff requests to file the attached Rule 12.1 Statement of Facts for purposes of clarifying the court file.

Finally, the Plaintiff submits that the underlying facts forming the basis of this litigation as to the ERISA insurance claim(s) submitted by the Plaintiff to Metropolitan Insurance Company of America ("MetLife"), and which was appealed to Exxon Mobil as plan fiduciary of the above insurance plans, are not in dispute, and that Plaintiff does not disagree with the Defendant's Statement of Facts to the extent that the facts cited by the respective Parties are contained within the underlying administrative record.

Accordingly, the Plaintiff KAREN STAMP requests that this Honorable Court enlarge the time to file the attached Rule 12.1 Statement of Facts.

KAREN STAMP

By her Attorneys,

MASON ASSOCIATES, P.C.

Fred L. Mason Jr.

Fred L. Mason Jr. (#4274)
20 Cedar Swamp Road
Smithfield, RI 02917
(401) 232-2277
(401) 232-7744 Facsimile

... objection having been timely filed ...rsuant to the Local Rules for the ...istrict of Rhode Island, the within ...otion is hereby granted.

Deputy Clerk
Date: 5|4|06

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, first class mail to: Neal J. McNamara, Esq. Holland & Knight, LLP One Bank Boston Plaza Providence Rhode Island 02903 and Brooks Magratten Esq. Vetter & White 20 Washington Place Providence Rhode Island 02903 on this 19th[th] day of April, 2006.

Fred L. Mason Jr.