*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

| | | |
|---|---|---|
| KAREN STAMP,<br>Plaintiff,<br><br>v.<br><br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY;<br>ADMINISTRATOR-BENEFITS,<br>EXXON MOBIL BENEFIT PLAN;<br>EXXON MOBIL BENEFIT PLAN;<br>EXXON MOBIL CORPORATION;<br>LIFE INSURANCE PROTECTION<br>PLAN of MOBIL OIL CORPORATION;<br>and LIFE INSURANCE PLAN of MOBIL<br>OIL,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 04-488L |

## JUDGMENT IN A CIVIL CASE

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X ] Decision by the Court. this action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**JUDGMENT IS HEREBY ENTERED for the defendants,** METROPOLITAN LIFE INSURANCE COMPANY;ADMINISTRATOR-BENEFITS, EXXON MOBIL BENEFIT PLAN; EXXON MOBIL BENEFIT PLAN; EXXON MOBIL CORPORATION; LIFE INSURANCE PROTECTION PLAN of MOBIL OIL CORPORATION; and LIFE INSURANCE PLAN of MOBIL OIL, against the plaintiff, Karen Stamp **pursuant to a Memorandum and Order entered December 13, 2006 granting the defendants' motion for summary judgment.**

Deputy Clerk
December 13, 2006