UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KAREN STAMP
Plaintiff

v.

METROPOLITAN LIFE INSURANCE
COMPANY OF AMERICA
ADMINISTRATOR-BENEFITS,
EXXONMOBIL BENEFIT PLAN,
EXXONMOBIL BENEFIT PLAN,
EXXONMOBIL CORPORATION,
LIFE INSURANCE PROTECTION PLAN
OF MOBIL OIL CORPORATION,
LIFE INSURANCE PLAN
OF MOBIL OIL CORPORATION,

Civil Action: 04-488L

## NOTICE OF APPEAL

Please take notice that the Plaintiff, Karen Stamp, pursuant provisions to the provisions of F.R.A.P. Rule 4 (a), et al files her appeal of the Judgment in a Civil Case entered on or about December 13, 2006, and the Memorandum and Order entered on or about December 13, 2006 to the United State Court of Appeals for the First Circuit

KAREN STAMP

By her attorneys,

MASON ASSOCIATES, P.C.

Fred L. Mason, Jr. (#4274)
20 Cedar Swamp Road
Smithfield, RI 02917
(401) 232-2277
(401) 232-7744

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, first class mail, to: Brooks Magratten Esq. Vetter & White 20 Washington Place Providence Rhode Island 02903, Neal J. McNamara, Esq. Nixon Peabody LLP One Citizens Plaza Providence, Rhode Island 02903 on this 28th day of December, 2006.