UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

January 3, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, MA 02210

RE: ***CA 04-488L***

Dear Mr. Donovan:

Enclosed herewith you will find the record, Notice of Appeal and a certified copy of the docket entries in the above entitled case.

Please acknowledge receipt of this appeal by signing and returning a copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY:
*Barbara J. Gilfillan*
DEPUTY CLERK

ENC: Certified Docket

COA # 07-1061
1/10/07 M Camargo-Heller