MANDATE

04-00488
USDC/RI
Lagueux, J

# United States Court of Appeals
## For the First Circuit

---

No. 07-1061

KAREN STAMP,

Plaintiff, Appellant,

v.

METROPOLITAN LIFE INSURANCE COMPANY;
ADMINISTRATOR-BENEFITS, EXXONMOBIL BENEFIT PLAN;
EXXONMOBIL CORPORATION; EXXONMOBIL BENEFIT PLAN;
LIFE INSURANCE PROTECTION PLAN OF MOBIL OIL CORPORATION;
and LIFE INSURANCE PLAN OF MOBIL OIL CORPORATION,

Defendants, Appellees.

---

**JUDGMENT**

Entered: June 30, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/23/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Mason, Ms. Shaghalian, Mr. Linker, Ms. Magratten, & Mr. McNamara.